■ In the Matter of JACOB, an Infant. DONNA M. et al., Respondents; LORI B., Also Known as LORI M., Appellant. [673 NYS2d 621] —Order unanimously affirmed without costs. Memorandum: Respondent appeals from an order entered June 26, 1997 directing that the adoption proceeding be scheduled for finalization rather than from the subsequent order of adoption

entered September 3, 1997. In our discretion, we treat the appeal as taken from the subsequent order (*see,* CPLR 5520 [c]; *Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeal from Order of Oneida County Family Court, Morgan, J.— Adoption.) Present—Denman, P. J., Hayes, Pigott, Jr., Balio and Fallon, JJ.